830

No. 287. ALLIED VAN LINES, INC., v. VANDENBERGH ET AL. Supreme Court of Montana. Certiorari denied. *Lloyd J. Skedd* for petitioner. *Ralph J. Anderson* for respondents.

No. 289. RAILWAY EXPRESS AGENCY, INC., v. W. R. GRACE & Co. Court of Appeals of New York. Certiorari denied. *Robert J. Fletcher* and *James V. Lione* for petitioner. *Emmet L. Holbrook* for respondent.

No. 290. GULF SHIPSIDE STORAGE CORP. v. UNDERWRITERS AT LLOYD'S, LONDON. C. A. 5th Cir. Certiorari denied. *Frank S. Normann* for petitioner. *Eberhard P. Deutsch* for respondent.

No. 276. HIDICK v. ORION SHIPPING & TRADING CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* and *Ernest Rassner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States. *Nicholas J. Healy III* for Orion Shipping & Trading Co., Inc., et al., respondents.

No. 322. HARRIS v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *John G. Laughlin, Jr.* for the United States.

No. 302. VARGAS v. CALIFORNIA. Appellate Department, Superior Court of California, County of Los Angeles. Certiorari denied. Petitioner *pro se. Roger Arnebergh* and *Philip E. Grey* for respondent.